Case 4:15-cr-00153-O   Document 302   Filed 10/05/15   Page 1 of 1   PageID 2467/25
Case 4:15-cr-00153-O *SEALED*   Document 5 *SEALED*   Filed 06/11/15   Page 1 of 1
PageID 26

US MARSHALS SERVICE N/TX
FORT WORTH, TX

2015 JUN 11  PM 12: 03

# United States District Court
# Northern District of Texas
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.

MIGUEL BONILLA

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 4:15-CR-153-O

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MIGUEL BONILLA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

in violation of Title   21   United States Code, Section(s)   846

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 5 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell*
Signature of Issuing Officer

United States Magistrate Judge Jeffrey L Cureton
Judge

June 11, 2015
Date

Fort Worth, TX
Location

T. Schroeder
(By) Deputy Clerk

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  Dallas TX |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/11/15 | R. Pevill  USMS | R. P. |
| DATE OF ARREST 10/1/15 | | |